## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ANTONIO M. | : | |
| v. | : | NO. 24-CV-1520 |
| MARTIN O'MALLEY,<br>Commissioner of Social Security | : | |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 3d day of September, 2024, it is hereby ORDERED that Claimant's Request for Review is GRANTED, and the matter remanded to the Agency to obtain treatment notes from the relevant time period from Kyle Faye, NDP, CRNP, and re-evaluate her decision in the light of these notes.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE